UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MID-HIDSON PROPERTIES, INC.,

                    Plaintiff,

v.                                                     ORDER

LIBERTY MUTUAL INSURANCE             19-cv-01167 (PMH)
COMPANY, et al.,

                    Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter has recently been reassigned to me. The parties were ordered to submit a Case Management Plan and Scheduling Order by March 25, 2020 (Doc. 14). Nothing has been submitted. The parties are directed to submit via ECF, by April 27, 2020, a Case Management Plan and Scheduling Order or a joint letter to the Court concerning the status of this action.

Dated: New York, New York
       April 8, 2020

_____
Philip M. Halpern
United States District Judge